AO 450 (Rev. 5/85) (Mod. 10/93)  Judgment in a Civil Case

# United States District Court
**WESTERN DISTRICT OF WASHINGTON**

JUDGMENT IN A CIVIL CASE

MARCIANO MENDEZ-MAYA,

    v.

CASE NUMBER:  C09-5396RBL

UNITED STATES OF AMERICA,

CR07-5260RBL

[ √ ]  **Decision by Court.**  This action came under consideration before the Court.  The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

Defendant's Motion pursuant to 28 U.S.C. § 2255 is **DENIED.**

The Court declines to issue a certificate of appealability because the defendant has not made "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2).

DATED :    4/7/10

    BRUCE  RIFKIN
*Clerk*

    /s/   Jean Boring
*(By) Deputy Clerk*, Jean Boring